## WILLIAMS vs. HOGEBOOM.

In suits commenced *previous* to the 14th May, 1840, it is not necessary that there should by *sixty days* between the *teste* and *return* of executions. An execution though tested on *Sunday* is amendable.

*A. P. Holdridge*, for the defendant, moved to set aside the execution issued in this suit, which was tested on the *fifth* day of July which was *Sunday*, and made returnable on the *eleventh*. He insisted *first*, that the execution should have been returnable sixty days from the receipt thereof by the sheriff, *Statutes* 1840, *p.* 334, § 24; and *second*, that being tested on *Sunday* the writ was absolutely void, and could not be amended. The suit was commenced and judgment recovered in 1839.

*P. Cagger* opposed the motion.

*By the Court*, BRONSON, J. The statute referred to does not affect any suit or proceeding commenced before the act took effect § 38, and consequently the objection that there was not sufficient time between the teste and return of the execution, is not well taken. This point was decided at the last motion term.

Although tested on *Sunday*, the writ was not absolutely void, and the plaintiff may amend on paying the costs of this motion.

Ordered accordingly.